UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

CASE NO.: 1:21-cv-00181-JLA-JTG

DUFFY ARCHIVE LIMITED,

    Plaintiff,

v.

THE FOUND, INC., LAURA SZUMOWSKI,
and REBECCA'S RASPBERRIES INC. dba
URBAN GENERAL STORE,

    Defendants.

## CONSENT MOTION FOR EXTENSION OF TIME

Plaintiff DUFFY ARCHIVE LIMITED ("Duffy") by and through its undersigned counsel, hereby moves this Honorable Court for an extension of time for Defendant Rebecca's Raspberries Inc. dba Urban General Store to Respond to Plaintiff's Complaint, and as grounds therefore states as follows:

1. Duffy filed its Complaint on January 12, 2021. [DE 1].

2. Defendant Rebecca's Raspberries Inc. dba Urban General Store ("Urban") was served on February 7, 2021. The deadline for Urban to respond is March 1, 2021.

3. Counsel for Duffy and counsel for Urban are actively exploring settlement of this matter and request an additional thirty (30) days for Urban to file its Response to Duffy's Complaint, up to and including March 31, 2021.

4. Defendants The Found, Inc. and Laura Szumowski have been served but have not yet filed a response to Duffy's Complaint.

5. This request for extension of time will not prejudice any party.

**SRIPLAW**

CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

6.       This request is not made for purposes of delay.

WHEREFORE, Plaintiff DUFFY ARCHIVE LIMITED prays this Honorable Court for an extension of time for Defendant Rebecca's Raspberries Inc. dba Urban General Store to respond to Plaintiff's Complaint, up to and including March 31, 2021, and for such other and further relief as to this Court deems just and proper in the premises.

DATED: March 1, 2021                    Respectfully submitted,

/s/  Craig A. Wirth
JOEL B. ROTHMAN
joel.rothman@sriplaw.com
CRAIG A. WIRTH
craig.wirth@sriplaw.com

**SRIPLAW**
21301 Powerline Road
Suite 100
Boca Raton, FL  33433
561.404.4350 – Telephone
561.404.4353 – Facsimile

*Attorneys for Plaintiff Duffy Archive Limited*