# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# CHICAGO DIVISION

## CASE NO.: 1:21-cv-00181-JLA-JTG

DUFFY ARCHIVE LIMITED,

    Plaintiff,

v.

THE FOUND, INC., LAURA SZUMOWSKI,
AND REBECCA'S RASPBERRIES INC.
DBA URBAN GENERAL STORE,

    Defendants.

## NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT REBECCA'S RASPBERRIES INC. DBA URBAN GENERAL STORE, ONLY, WITH PREJUDICE

Plaintiff DUFFY ARCHIVE LIMITED, by and through its undersigned counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses the instant lawsuit as to Defendant Rebecca's Raspberries Inc. dba Urban General Store, only, with prejudice, with each party to bear its own costs, attorneys' fees and expenses.

Dated: May 21, 2021

    */s/ Craig A. Wirth*
    JOEL B. ROTHMAN
    joel.rothman@sriplaw.com
    CRAIG A. WIRTH
    craig.wirth@sriplaw.com

    **SRIPLAW**
    21301 Powerline Road
    Suite 100
    Boca Raton, FL 33433
    561.404.4350 – Telephone
    561.404.4353 – Facsimile

    *Counsel for Plaintiff Duffy Archive Limited*

**SRIPLAW**
CALIFORNIA ◆ GEORGIA ◆ FLORIDA ◆ TENNESSEE ◆ NEW YORK

## CERTIFICATE OF SERVICE

The undersigned does hereby certify that on May 21, 2021, a true and correct copy of the foregoing document was served by electronic mail by the Court's CM/ECF System to all parties listed below on the Service List.

/s/ *Craig A. Wirth*
Craig A. Wirth

## SERVICE LIST

Mr. James J.S. Holmes
Clyde & Co LLP
355 S. Grand Avenue
Suite 1400
Los Angeles, CA 90071
James.Holmes@clydeco.us
Attorney for The Found, Inc. and Laura Szumowski


Ms. Nicole Bashor
Ms. Jennifer L. Dlugosz
Husch Blackwell
120 South Riverside Plaza
Suite 2200
Chicago, IL 60606
nicole.bashor@huschblackwell.com
jen.dlugosz@huschblackwell.com
Attorneys for Rebecca's Raspberries Inc. dba Urban General Store